RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>Plaintiff,<br>Vs.<br><br>Avellino Lupi, Inc., et al.,<br><br>Defendants. | Case Number 26-1480 AC<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff Oscar Ramos, and defendants Avellino Lupi, Inc. and JLC Contracting, Inc. (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Avellino Lupi, Inc. and JLC Contracting, Inc. is Cris C. Vaughan), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter with all three named defendants, whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs.
2. The written settlement contemplates dismissal of this action as against all defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect these two signatory defendants. Defendant La Famiglia Pizza Inc. is not formally represented by attorney Cris Vaughan on the court's docket, and defendant La Famiglia Pizza Inc. did not file an answer, so defendant La Famiglia Pizza Inc. will be dismissed out separately by means of a Notice of Dismissal filed at the same time as this stipulation.

Date: 9/9/2026

**Law Offices of Richard A. Mac Bride**

/s/ Richard A. Mac Bride__________
By: Richard A. Mac Bride
Attorney for Plaintiff Oscar Ramos

Date: 9/9/2026

**Vaughan & Associates Law Office, APC**

/s/ Cris C. Vaughan_______________
By: Cris C. Vaughan
Attorney for Defendants Avellino Lupi, Inc. and JLC Contracting, Inc.

FILER'S ATTESTATION

I hereby attest that on September 9, 2026, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys Cris C. Vaughan, in the filing of this document.

/s/ Richard A. Mac Bride
Richard A. Mac Bride

[~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Avellino Lupi, Inc., et al., Case No. 26-1480 AC, in the Eastern District of California, is dismissed with prejudice with respect to defendants Avellino Lupi, Inc. and JLC Contracting, Inc., and all causes of action against them, with each party to bear his/her/its own attorney's fees and costs.

Date: September 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE